UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Western Division

**UNITED STATES OF AMERICA**

-vs-                                                                                   **Case No.  06-mj-236-01**

**BRENDA ANN TOLBERT**

_____

## FINDINGS AND ORDER ON REMOVAL PROCEEDINGS
## PURSUANT TO RULE 40, FED.R.CRIM.P.

**BRENDA ANN TOLBERT**, having been arrested and presented before me for removal proceedings pursuant to Rule 40, Federal Rules of Criminal Procedure, and having been informed of the rights specified in Rule 5 (c) thereof, and of the provisions of Rule 20, the following has occurred of record.

An Initial Appearance on the Rule 40 Violation of Conditions of Supervised Release from Eastern District of Louisiana was held on April 20, 2006..

After hearing the evidence, and based on the defendant's waiver of identity hearing, I find that **BRENDA ANN TOLBERT** is the person named in the warrant for arrest, a copy of which has been produced.

No preliminary examination has been held because the defendant elects to have the preliminary examination conducted in the district in which the prosecution is pending.

It is, therefore,

**ORDERED** that **BRENDA ANN TOLBERT** be held to answer in the district court in which the prosecution is pending.  Final Commitment given to the U.S. Marshal.

**DONE** and **ORDERED** in Chambers in Tennessee this 25th day of April, 2006.

                                                    _____s/ James H. Allen_____
                                                         JAMES H. ALLEN
                                       UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Attorney
United States Marshal
Pretrial Services Office