AO 467 (Rev. 1/86) Order Holding Defendant

# UNITED STATES DISTRICT COURT

_____WESTERN_____ DISTRICT _____TENNESSEE_____

UNITED STATES OF AMERICA
V.

BRENDA ANN TOLBERT

**ORDER HOLDING DEFENDANT TO ANSWER AND TO APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION**

Case Number:   06-mj-0236

Charging District Case Number:   053L 2:97cr00005-001 F

The defendant having appeared before this Court pursuant to Rule 40, Fed. R. Crim. P., and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court for the _____EASTERN_____ District of _____LOUISIANA_____ ; and shall appear at all proceedings as required.

The defendant shall next appear at (if blank, to be notified)   __500 Poydras Street, New Orleans, LA 70130__
*Place and Address*

__AS DIRECTED BY THE DISTRICT COURT__ on __IN THE CHARGING DISTRICT.__
*Date and Time*

s/ James H. Allen
_____
*Signature of Judicial Officer*

__April 25, 2006__
*Date*

James H. Allen, U.S. Magistrate Judge
*Name and Title of Judicial Officer*