IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA

v                                                                        Cr. No. 06-mj-236

BRENDA TOLBERT

## ORDER RESCINDING BOND

Brenda Tolbert appeared before this court on April 20, 2006 for an Initial Appearance on a Warrant for a Supervised Release Violation out of the Eastern District of Louisiana - EDLA Case # 053L-CR-97-00005-001-F.   An Order Setting Conditions of Release as to Brenda Tolbert was entered by this court on April 26, 2006.   Per correspondence from the Eastern District of Louisiana, United States District Judge Martin L. C. Feldman has determined that it is unnecessary to pursue the Violation of Supervised Release at this time.  Consequently, the Violation of Supervised Release is now moot.  Therefore, the court rescinds the Order Setting Conditions of Release heretofore entered on April 26, 2006 as to Brenda Tolbert.

IT IS SO ORDERED.

     s/ James H. Allen
JAMES H. ALLEN
UNITED STATES MAGISTRATE JUDGE

DATE: July 12, 2006

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _____